930 A.2d 1264

Terrance L. SLAUGHTER, Petitioner,

v.

PHILADELPHIA COURT OF COMMON PLEAS,
First Judicial District, Respondent.

No. 86 EM 2007.

Supreme Court of Pennsylvania.

Aug. 22, 2007.

## ORDER

PER CURIAM.

**AND NOW,** this 22nd day of August, 2007, the Application for Leave to File Original Process is granted and the Complaint in Mandamus is denied.